THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT H. JAFFE, Appellant, *v.* WARREN HENDERSON, as Superintendent of the Monroe County Penitentiary, Respondent.

(Submitted March 4, 1936; decided March 20, 1936.)

*Vincent J. Mulvey* for appellant.

*Daniel J. O'Mara, District Attorney (Harry L. Rosenthal* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.